IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY CRITTENDEN,<br><br>        **Plaintiff**,<br><br>    v.<br><br>HOMEQ SERVICING, BARCLAYS BANK PLC, EQUIFIRST CORPORATION, and DOES 1-100, inclusive,<br><br>        **Defendant**s. | NO. 1:09-CV-00950-AWI-DLB<br><br>ORDER VACATING HEARING DATE OF AUGUST 3, 2009 AND TAKING MATTER UNDER SUBMISSION |

Defendant has noticed for hearing and decision a motion to dismiss the complaint. The matter was scheduled for hearing to be held on August 3, 2009. Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than July 20, 2009. Plaintiff failed to do so.

Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, he is in violation of the Local Rules. See 78-230(c). Plaintiff is further not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The court has reviewed Defendant's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

///

///

1    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 3, 2009, is VACATED, and no party shall appear at that time. As of August 3, 2009, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:**    **July 29, 2009**                              **/s/ Anthony W. Ishii**
                                                        CHIEF UNITED STATES DISTRICT JUDGE